UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS SCOTT DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01924 (UNA) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF STATE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* ("IFP"). The court will grant plaintiff's application for leave to proceed IFP and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). When a "complaint [] contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and personal comments [,]" it does not fulfill the requirements of Rule 8. *Jiggetts v. D.C.*, 319 F.R.D. 408, 413 (D.D.C.

2017), *aff'd sub nom. Cooper v. D.C.*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017). The instant complaint falls within this category.

Plaintiff, a federal inmate currently designated to the Federal Penitentiary located in Thomson, Illinois, sues fourteen federal agencies and the U.S. Embassy located in Brussels, Belgium. It appears that plaintiff believes there exists a vast conspiracy to fabricate evidence and convict him in a domestic violence matter. He also seemingly takes issue with certain psychological diagnoses. While plaintiff cites sporadically to various federal legal authority, the actual claims and alleged wrongful actions attributed to defendants are unclear, as the complaint consists of rambling and unconnected statements. The specific alleged damages and relief sought is also unknown.

The complaint, as pled, is undefined and fails to provide any notice of a claim or any basis for federal jurisdiction. For this reason, the case will be dismissed. A separate order accompanies this memorandum opinion.

\_\_\_\_/s/_____
JAMES E. BOASBERG
United States District Judge

DATE: July 28, 2020